UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EATON & VAN WINKLE LLP

Plaintiff,

-v-

ENDOCEUTICS, INC.

Defendant.

Case No. 08 CIV 3607

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Eaton & Van Winkle LLP       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There is no such corporation.

**Date:** 4/15/08

Signature of Attorney

**Attorney Bar Code:** BK 3535

Form Rule7_1.pdf  SDNY Web 10/2007