

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————

EATON & VAN WINKLE LLP
            Plaintiff,

-V-

ENDOCEUTICS, INC.
            Defendants.

—————————————————————

**CERTIFICATE OF MAILING**

08 CV 3607 (RJS) (KNF)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**29ᵀᴴ  day of April, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**15ᵗʰ day of April, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8327 6418 2342**

J. Michael McMahon

CLERK

Dated: New York, NY

EATON & VAN WINKLE LLP

3 PARK AVENUE

NEW YORK, NEW YORK 10016

WEST PALM BEACH, FLORIDA OFFICE
TELEPHONE: (561) 748-7740
FAX: (561) 744-8754
Bonnie R. Kim
Associate

TELEPHONE: (212) 779-9910
FAX: (212) 779-9928

Direct Dial: (212) 561-3605
Email: bkim@evw.com

April 28, 2008

**VIA HAND DELIVERY**

---

**FedEx Express** — *International Air Waybill* — For all international shipments — Sender's Copy

Not all services and options are available to all destinations.

**1 From** Please print and press hard.

Date: 04.28.08   Sender's FedEx Account Number: 2481-3408-9

Sender's Name: Eaton & Van Winkle LLP   Phone: (212)779-9916

Company: Eaton & Van Winkle LLP

Address: 3 Park Ave., 16th Floor

City: New York   State/Province: NY

Country: USA   ZIP/Postal Code: 10016

**2 Your Internal Billing Reference** 4600-001

**3 To**

Recipient's Name: ENDOCEUTICS, Inc.   Phone: 418-652-0197

Company:

Address: 2989, de la Promenade

City: St. Foy, QUEBEC   State/Province:

Country: CANADA   ZIP/Postal Code: G1W 2J5

Recipient's Tax I.D. number for Customs purposes

**4 Shipment Information**   ALL shipments can be subject to Customs charges.

Total Packages: 1   Total Weight: 0.5   DIM: 12.9 × 1.05

Commodity Description: Legal Documents

**5 Express Package Service**   Packages up to 150 lbs. / 68 kg

☑ FedEx Intl. Priority   ☐ FedEx Intl. First   ☐ FedEx Intl. Economy   ☐ FedEx Intl. Extra Hours

**6 Packaging**

☑ FedEx Envelope   ☐ FedEx Pak   ☐ Other Pkg.   ☐ FedEx 10kg Box   ☐ FedEx 25kg Box

**7 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery

☑ This shipment does not contain Dangerous Goods.

**8a Payment** Bill transportation charges to:

☐ Sender   ☐ Recipient   ☑ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque

FedEx Acct. No./Credit Card No.: 2481-3408-9

**8b Payment** Bill duties and taxes to:

☐ Sender   ☑ Third

FedEx Acct. No.: 2481-3408-9

**9 Required Signature**

Sender's Signature:   Date:

412

For Completion Instructions, see back of fifth page.

FedEx Tracking Number: 8327 6418 2342   Form I.D. No.: 0402

Questions?
Visit our Web site at fedex.com
or
In the U.S., call (800)247-4747
Outside the U.S., call your local FedEx office

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill ©1994-2000 Federal Express Corporation