*Sullivan, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EATON & VAN WINKLE LLP,

               Plaintiff,

  -against-

ENDOCEUTICS, INC.

               Defendant.
------------------------------------------------------------x

ECF CASE

08 CV 3607 (RJS)

**NOTICE OF DISMISSAL**

COME NOW the plaintiffs, Eaton & Van Winkle LLP and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure dismiss without prejudice all causes of action in their complaint in the above-captioned action. Said dismissal is filed by notice because defendant has not served an answer or a motion for summary judgment to any of these causes of action filed by plaintiffs in their complaint.

Dated: New York, New York
        June 13, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

EATON & VAN WINKLE LLP
Attorneys for Plaintiff

By: _____
Bonnie R. Kim, Esq.

3 Park Avenue
New York, New York 10016
(212) 779-9910

6/16/08

1